```
FILED
January 19, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>                      Plaintiff,            )<br>v.                                                      )<br>                                                           )<br>RAUL SANTAMARIA ZEPEDA,   )<br>                                                           )<br>                      Defendant.         ) | Case No. CR.S.-06-0017-GGH<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAUL SANTAMARIA ZEPEDA , Case No.

 CR.S.-06-0017-GGH , Charge 18USC § 1028 , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $__

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        __  (Other)  __

Issued at  Sacramento, CA  on  January 19, 2006  at  3:13 pm  .

By    /s/ Gregory G. Hollows
          Gregory G. Hollows
          United States Magistrate Judge

Copy 5 - Court